IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADIDAS AMERICA, INC., an Oregon corporation; ADIDAS AG, a foreign entity; and ADIDAS INTERNATIONAL MARKETING B.V, a foreign entity,

       Plaintiffs,

  v.

SKECHERS USA, INC., a Delaware corporation,

       Defendant.

No. 3:15-cv-01741-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the parties' stipulation, it is ORDERED AND ADJUDGED that this case is dismissed with prejudice.

    DATED this __30__ day of __May__, 2018.

                                   _____
                                   MARCO A. HERNÁNDEZ
                                   United States District Judge

1 – JUDGMENT